IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: _____

ALEXIS S. HENDRY and
BARBARA M. HENDRY,

    Plaintiffs,

v.

REV RECREATION GROUP, INC.,

    Defendant.
_____/

## DEFENDANT REV'S NOTICE OF REMOVAL

The Petitioner/Defendant, REV Recreation Group, Inc. (hereinafter Defendant "REV"), removes this action from the Thirteenth Circuit Court in and for Hillsborough County, Florida, under 28 U.S.C.A. §1441, *et seq.* In support, Defendant REV states:

1. On or about April 28, 20232, Plaintiffs filed an initial Complaint against Defendant REV Recreation Group, Inc. in the Thirteenth Circuit Court in and for Hillsborough County, Florida, Case No.: 23-CA-12167, seeking damages and other relief allegedly arising out of their purchase, use and ownership of a 2021 Fleetwood Discovery motor home [hereafter, "subject Vehicle") which they

1

acquired at a total cost of approximately $298,098.10. See, Complaint, P. 3 and Exhibit "A'.

2. On or about May 19, 2023 Defendant REV was served with the Complaint and timely files this Notice Of Removal within thirty (30) days thereafter. (See, Complaint).

3. Count I of the Complaint against Defendants is pled as a claim arising under a law of the United States, the federal Magnuson Moss Warranty Act, 15 U.S.C. § 2301 et. seq. ("Mag Moss Act"). Accordingly, this United States District Court has original jurisdiction of this claim, and removal of it is proper pursuant to 15 U.S.C. § 1441(b). See, Neill v. Gulf Stream Coach, Inc., 966 F. Supp. 1149 (M.D. Fla. 1997).

4. As to federal question jurisdiction under 15 U.S.C. § 1441, the district courts are vested with original jurisdiction over actions brought under the Mag Moss Act where "the amount in controversy is [not] less than the sum or value of $50,000.00 (exclusive of interest and costs) computed on the basis of all claims to be determined in this suit...". 15 U.S.C. § 2310(d)(1) & (3).

5. Here, in Paragraph 1 of the Complaint, Plaintiffs expressly allege:

> This is an action for damages that exceed $50,000.00, exclusive of interest, costs and attorneys' fees.

Premised upon that express jurisdictional allegation alone, the amount in controversy in this action exceeds the requisite $50,000.00 threshold for federal question subject matter jurisdiction in this Court.

6. Consequently, based on the express allegations from the face of the Complaint, the amount in controversy in this action exceeds the requisite $50,000 threshold for federal question subject matter jurisdiction.

7. Pursuant to 28 U.S.C. §§ 1367 & 1441©, this Court has supplemental jurisdiction over the other state law claim commingled into Counts II and III of the Complaint against Defendant.

8. Defendant REV has timely removed this action pursuant to 28 U.S.C.A. §1446(b) and Fed. R. Civ. P. 81© by filing this Notice Of Removal, so as not to waive its right to remove this action to federal court.

9. Defendant has served the Clerk of the Circuit Court of the 13th Judicial Circuit, in and for Hillsborough County, Florida, with a true and correct copy of the Notice Of Removal, pursuant to 28 U.S.C.A. §1446(b).

10. Removal is being filed in the Tampa Division of the United States District Court for the Middle District of Florida because Hillsborough County, Florida, where this action was originally filed is within this Middle District.

11. There are no pending motions which may require action by this Court. A true and legible copy of all process, pleadings, orders, and other papers or exhibits of every other kind, including depositions, on file in the State Court action have been attached as additional Exhibits hereto.

12. The allegations set forth in this Notice Of Removal are true and correct to the best of the knowledge and belief of the undersigned attorney, and have been made after reasonable inquiry.

13. The undersigned counsel is an attorney of record for Defendant REV and has been specifically authorized to act on its behalf in removing this case to the United States District Court, Middle District of Florida, Tampa Division. Further, the undersigned counsel is a fully licensed attorney in the State of Florida, and is authorized to practice in the United States District Court, Middle District of Florida.

WHEREFORE, the Petitioner/Defendant REV Recreation Group, Inc. hereby files this notice of removal and petitions this Court for the entry of an order removing this cause from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida to the United States District Court for the Middle

District of Florida, Tampa Division, and which further enjoins prosecution by the Respondents/Plaintiffs, Alexis S. Hendry and Barbara M. Hendry, in the Circuit Court proceedings below, and which further directs that the State Court action shall proceed no further.

RESPECTFULLY submitted this 30 day of May, 2023.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following to: Scott Stigall, Esq., 601 Bayshore Boulevard, Suite 700, Tampa, FL 33606 sstigall@gunster.com.

*s/W. Scott Powell*
W. SCOTT POWELL, ESQUIRE
Florida Bar Number: 798886
POWELL LAW, LLP
280 West Canton Avenue, Suite 250
Winter Park, FL 32789
(407) 647-5551
Attorneys for Defendant REV
Spowell@powell-law.net